UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHELLO J. WALKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER BENA CORE,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-001715 BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Othello J. Walker is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 20, 2017. (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis*. (ECF No. 2.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

| | |
|---|---|
| 1 | Here, Plaintiff complains that he was injured while incarcerated in Soledad, California, and that a prison officer employed at that institution observed him, but did not summon medical assistance or help him. Based on these allegations, the defendant does not reside in this district, and the claim arose in Monterey County, which is in the Northern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California. |

Here, Plaintiff complains that he was injured while incarcerated in Soledad, California, and that a prison officer employed at that institution observed him, but did not summon medical assistance or help him. Based on these allegations, the defendant does not reside in this district, and the claim arose in Monterey County, which is in the Northern District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. The Court shall make no ruling on Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **December 21, 2017**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE