UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OTHELLO J. WALKER,

Plaintiff,

v.

OFFICER BENA CORE,

Defendant.

Case No. 17-07290 EJD (PR)

**ORDER OF DISMISSAL WITH
LEAVE TO AMEND**

Plaintiff, a state prisoner, filed the instant <u>pro</u> <u>se</u> civil rights action pursuant to 42 U.S.C. § 1983 against a prison officer. Plaintiff's motion for leave to proceed <u>in forma pauperis</u> will be addressed in a separate order.

**DISCUSSION**

**A.** **Standard of Review**

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. <u>See</u> 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune

1   from such relief.  See id. § 1915A(b)(1),(2).  Pro se pleadings must, however, be liberally

2   construed.  See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1988).

3       To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential

4   elements: (1) that a right secured by the Constitution or laws of the United States was

5   violated, and (2) that the alleged violation was committed by a person acting under the

6   color of state law.  See West v. Atkins, 487 U.S. 42, 48 (1988).

7   **B.**     **Plaintiff's Claims**

8       Plaintiff filed this action against Officer Bena Core for an incident that took place in

9   "Soledad."  (Docket No. 1 at 1.)  Plaintiff filed the action in the Eastern District of

10  California, which transferred the matter to this district as the proper venue.  (Docket No.

11  3.)  The matter was reassigned to this Court on January 23, 2018.  (Docket No. 8.)

12      Plaintiff is currently confined at Valley State Prison in Chowchilla, California.

13  Plaintiff merely indicates in the complaint that the violation occurred in "Soledad" without

14  identifying the specific institution.  There are several institutions in Soledad, e.g., the

15  Correctional Training Facility and Salinas Valley State Prison.  As such, it is unclear

16  where the underlying incident occurred or where Defendant is employed such that he can

17  be served with this action.  Accordingly, the action will be dismissed with leave to amend

18  for Plaintiff to provide this necessary information using this court's form complaint.

19

20                  **CONCLUSION**

21      For the foregoing reasons, the Court orders as follows:

22      1.      The complaint is DISMISSED with leave to amend.  Within **twenty-eight**

23  **(28) days** of the date this order is filed, Plaintiff shall file an amended complaint using the

24  court's form complaint.  The amended complaint must include the caption and civil case

25  number used in this order, i.e., Case No. C 17-07290 EJD (PR), and the words

26  "AMENDED COMPLAINT" on the first page.  Plaintiff must answer all the questions on

27  the form in order for the action to proceed. Plaintiff is reminded that the amended

28                          2

complaint supersedes the original complaint, and Plaintiff may not make references to the original complaint.  Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  See <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint or notice of voluntary dismissal in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall include two copies of the court's form complaint with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated: ___4/16/2018_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal with Leave to Amend
PRO-SE\EJD\CR.17\07290Walker_dwlta