UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHELLO J. WALKER,<br><br>　　　　Plaintiff,<br>　　v.<br><br>OFFICER BENA CORE,<br><br>　　　　Defendant. | Case No. 17-07290 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

　　Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On April 16, 2018, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days. (Docket No. 12.) Plaintiff was advised that his failure to respond in accordance with the Court's order would result in the dismissal of his action without further notice. (Id.) The time to comply has passed, and Plaintiff has failed to file an amended complaint. Accordingly, this action is **DISMISSED** without prejudice.

　　The Clerk shall terminate all pending motions and deadlines and close the file.

　　**IT IS SO ORDERED.**

Dated: __5/24/2018__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This matter was reassigned to this Court on January 23, 2018. (Docket No. 8.)

Order of Dismissal
P:\PRO-SE\EJD\CR.17\07290Walker_dis.docx